UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13-CV-70-BR

| | | |
|---|---|---|
| MINNA PAK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| UNIFUND CCR PARTNERS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on (1) the 22 May 2013 motion to dismiss (DE # 13) filed by defendants Portfolio Recovery Associates, LLC ("PRA"); Sessoms & Rogers, P.A.; Donna Primrose Brown, Esq.; and Amber K. Kauffman, Esq. (collectively "the PRA defendants"); and (2) the 23 May 2013 motion to sever plaintiff's claims (DE # 15) filed by all defendants in this action. On 8 January 2014, all of plaintiff's claims against the PRA defendants were dismissed with prejudice by voluntary stipulation. (DE # 31.) As a result, the motion to dismiss filed by the PRA defendants is DENIED AS MOOT.

Additionally, the motion to sever requests "that Plaintiff's Unifund case be severed from Plaintiff's PRA case pursuant to Rule 21 of the Federal Rules of Civil Procedure, and that the two cases proceed separately from this point forward." (Mot., DE # 15, at 5.) Because all of the claims against the PRA defendants have been dismissed from this action, the motion to sever is also DENIED AS MOOT. The motion to dismiss as to defendants Unifund CCR Partners, ZB

Limited Partnership, and Credit Card Receivables Fund Inc. (DE # 11) remains pending.

This 9 January 2014.

_____
W. Earl Britt
Senior U.S. District Judge