UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| Minna Pak,<br><br>  Plaintiff,<br><br>v.<br><br>Unifund CCR Partners, ZB Limited Partnership, Credit Card Receivables Fund, Inc., Portfolio Recovery Associates, LLC, Sessoms & Rogers, P.A., Donna Primrose Brown, Esq., Amber K. Kauffman, Esq.,<br><br>  Defendants. | **JUDGMENT**<br><br>No. 7:13-CV-70-BR |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt on defendants' motion to dismiss (DE # 11).

**IT IS ORDERED, ADJUDGED AND DECREED** defendants' motion to dismiss (DE # 11) is GRANTED. Judgment is entered in favor of defendants and this case is closed.

<u>This judgment filed and entered on January 22, 2014, and served on:</u>

Christopher W. Livingston (Via CM/ECF Notice of Electronic Filing)
Dauna L. Bartley (Via CM/ECF Notice of Electronic Filing)

January 22, 2014                                 /s/ Julie A. Richards,
                                                          Clerk of Court